Case 1:19-cv-09923-LAK-RWL   Document 14   Filed 03/11/20   Page 1 of 1

**SO ORDERED:**
/s/ 3/11/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020



JAMES E. JOHNSON
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

SOO-YOUNG SHIN
*Assistant Corporation Counsel*
Phone: (212) 356-2329
soshin@law.nyc.gov

March 11, 2020

Honorable Robert W. Lehrburger    By ECF
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  Clifford Mcbride v. City of New York, et al.
     19 Civ. 9923 (LAK) (RWL)

Your Honor:

I represent the defendants, The City of New York and Officer Saziye Bilger, in this case. Defendants, jointly with plaintiff, respectfully submit this letter requesting an adjournment of the initial conference currently scheduled for March 18, 2020 until after mediation has been held. This is the first request for an adjournment, and no other dates will be affected by this adjournment.

This case is assigned to participate in Local Civil Rule 83.10 (ECF No. 4) and accordingly initial disclosures and limited discovery have been exchanged amongst the parties. A mediator has been assigned to the case and the parties are in the midst of scheduling the mediation, but we do not yet have a set date. Since this is a Plan case with a required mediation session, the parties are in agreement that an initial conference should occur after the mediation session, if the case is not resolved through mediation. Accordingly, defendants and plaintiff jointly request that the initial conference be adjourned sine die until after the mediation session has been held.

Thank you for your consideration in this matter.

Respectfully submitted,

Soo-Young Shin
*Assistant Corporation Counsel*

CC: Gregory Zenon, Esq.  VIA ECF
    *Attorney for Plaintiff*