```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CLIFFORD MCBRIDE,

                Plaintiff,

      - against -

CITY OF NEW YORK, et al.,

                Defendants.
-----------------------------------------------------------X

19-CV-9923 (LAK) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The parties are directed to contact the Southern District's Mediation Office to schedule a mediation session to take place no later than **December 28, 2020**. The Court's stay of all Local Civil Rule 83.10 deadlines shall be lifted no later than **December 28, 2020**, absent compelling circumstances.

      SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
       New York, New York

Copies transmitted this date to all counsel of record.